**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| **VS.** | § | **5:25-CR-00611-XR** |
| **FLORENTINO CORTES URIBE** | § | |

**DEFENDANT'S UNOPPOSED MOTION FOR CONTINUANCE**

TO THE HONORABLE JUDGE OF SAID COURT:

Now comes Defendant in the above entitled and numbered cause by and through his attorney of record, and moves the Court to continue this sentencing. In support thereof, Defendant would show unto this Court the following:

I.

The Defendant is charged with a multi-count indictment before this court. He has plead guilty and is awaiting sentencing.

II.

The defendant is represented by attorney, ALBERT A. FLORES.

III.

The Defendant respectfully requests that the Court grant a motion for continuance based on the following:

1. The attorney needs additional time to research sentencing issues and any relevant conduct.
2. The AUSA in this case, Sarah Wannarka, does not oppose a continuance.

The Defendant does not request this continuance for purposes of undue delay, but so that he may receive a proper and effective assistance of counsel. The protection of due process rights, effective assistance of counsel, and preparation of an adequate defense afforded by a continuance in this case, would greatly outweigh the public's interest for quick resolution of this matter.

WHEREFORE, premises considered, Defendant prays that this Court grant his motion for continuance for an additional 30 days.

Respectfully submitted:

Albert A. Flores

ALBERT A. FLORES
State Bar No. 24010026
607 Urban Loop
SAN ANTONIO, TX 78204
(210) 225-4006
(210) 881-0797 (FAX)
albert@attorneyflores.com
Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Defendant's Motion has been delivered to the United States Attorney's Office, Ms. Sarah Wannarka, SAN ANTONIO, Texas, on this the 3rd of August of 2026 via the court's ECF system.

Albert A. Flores

ALBERT A. FLORES

**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| **VS.** | § | **5:25-CR-00611-XR** |
| **FLORENTINO CORTES URIBE** | § | |

**ORDER**

On this the _____day of ____________20____came to be considered Defendant's Motion for a Continuance of thirty (30) days, and said motion is hereby

(GRANTED) (DENIED)

____________________________________
UNITED STATES DISTRICT JUDGE