UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | CRIMINAL NO: SA:25-CR-00611(1)-XR |
| | § | |
| (1) FLORENTINO CORTES URIBE | § | |

**O R D E R GRANTING UNOPPOSED MOTION TO CONTINUE SENTENCING**

On this day came on to be considered Defendant's Unopposed Motion to Continue Sentencing scheduled for August, 5, 2026 . Upon consideration, the Court is of the opinion that the motion should be **GRANTED**.

It is hereby **ORDERED** that Defendant's Unopposed Motion to Continue Sentencing **(Doc. #47)** is **GRANTED**.

It is **FURTHER ORDERED** that the above entitled and numbered cause is rescheduled for **Sentencing on Tuesday, September 22, 2026, at 1:30 PM** in Courtroom H, on the Thrid Floor of the United States Courthouse, 262 W. Nueva Street, San Antonio, Texas.

Signed this 3rd day of August, 2026.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE